Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NIJHAVAN VINOD dba HANDI STOP MARKET, DUSHAN S. BALICH as TRUSTEE OF THE DUSHAN S. BALICH LIVING TRUST,<br><br>　　　　　Defendants. | No. 1:11-CV-00726-AWI-GSA<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, on June 17, 2011, counsel for Defendant Vinod Nijhavan dba Handi Stop Market ("Defendant") filed an answer ("Answer") on behalf of all name defendants in this action including Defendant Dushan S. Balich as Trustee of the Dushan S. Balich Living Trust ("Balich");

**WHEREAS**, at the time the Answer was filed, Plaintiff Ronald Moore ("Plaintiff") had not yet effected service of the summons and complaint on Balich. Once the Answer was filed on behalf of Balich, Balich had appeared and no service was necessary to effect the Court's personal jurisdiction over Balich and thus Plaintiff ceased his efforts to serve Balich;

///

///

1 **WHEREAS**, on July 22, 2011, counsel for Defendant filed a Notice of Errata stating that it had inadvertently and incorrectly filed an Answer on behalf of Balich, and re-filing a new answer on behalf of Defendant only;

**WHEREAS**, Plaintiff must now reinitiate efforts to serve Balich with the summons and complaint in this action;

**WHEREAS**, the Mandatory Scheduling Conference is currently set for August 9, 2011 which will not provide Plaintiff with enough time to effect service, for Balich to subsequently file a responsive pleading, and for the parties to meet and confer in anticipation of the scheduling conference;

**IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after October 7, 2011 in order to allow time for Balich to appear in this matter and for the parties to meet and confer.

Date: July 27, 2011                              MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore,
Attorneys for Plaintiff Ronald Moore

FISHER & PHILLIPS LLP

/s/ James C. Fessenden
James C. Fessenden,
Attorneys for Defendant Vinod Nijhavan
dba Handi Stop Market

///
///
///
///
///
///

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for August 9, 2011 be continued to October 12, at 9:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   **July 27, 2011**                              **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE