1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  RONALD MOORE,                      )  No.  1:11-CV-00726-AWI-GSA
                                       )
12             Plaintiff,              )  **NOTICE OF VOLUNTARY DISMISSAL**
                                       )  **OF DUSHAN S. BALICH as TRUSTEE OF**
13        vs.                          )  **THE DUSHAN S. BALICH LIVING**
                                       )  **TRUST ONLY; ORDER**
14  NIJHAVAN VINOD dba HANDI STOP      )
    MARKET, DUSHAN S. BALICH as        )
15  TRUSTEE OF THE DUSHAN S. BALICH    )
    LIVING TRUST,                      )
16                                     )
                                       )
17             Defendants.            )
                                       )
18  _____ )

19        WHEREAS, Defendant Dushan S. Balich as Trustee of the Dushan S. Balich Living

20  Trust ("Defendant") has not filed an answer or motion for summary judgment;

21        WHEREAS, Plaintiff Ronald Moore ("Plaintiff") has determined that Defendant was

22  improperly named in this action and is not a proper party;

23        WHEREAS, no counterclaim has been filed;

24  /

25  /

26  /

27  /

28  /


*Moore v. Vinod, et al.*
Request for Dismissal; Order
                              Page 1

1    Plaintiff hereby respectfully requests that <u>only</u> Defendant Dushan S. Balich as Trustee of

2  the Dushan S. Balich Living Trust be dismissed with prejudice pursuant to Federal Rules of

3  Civil Procedure 41(a)(1)(A)(i).

4   Date: October 4, 2011                    MOORE LAW FIRM, P.C.

5

6                                            /s/ Tanya E. Moore

7                                            Tanya E. Moore
                                             Attorneys for Plaintiff Ronald Moore
8

9                                    **<u>ORDER</u>**

10    Good cause appearing,

11    IT IS HEREBY ORDERED that <u>only</u> defendant Dushan S. Balich as Trustee of the

12  Dushan S. Balich Living Trust be dismissed with prejudice from this action.

13

14

15  IT IS SO ORDERED.

16

17  Dated:   October 4, 2011                _____

18                                          CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28