1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile  (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:11-CV-00726-AWI-GSA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| NIJHAVAN VINOD dba HANDI STOP MARKET, DUSHAN S. BALICH as TRUSTEE OF THE DUSHAN S. BALICH LIVING TRUST, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiff Ronald Moore ("Plaintiff") may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." The First Amended Complaint shall be filed within five (5) court days of the court's order permitting its filing.

IT IS FURTHER STIPULATED that defendant Nijhavan Vinod dba Handi Stop Market (erroneously sued as "Nijhavan Vinod dba Handi Stop Market") ("Defendant") must file a responsive pleading to the First Amended Complaint within fourteen (14) days of the Court's electronic service of the First Amended Complaint.

//

*Moore v. Nijhavan Vinod, et al.*
Stipulation and [Proposed] Order to File First Amended Complaint

Page 1

**IT IS SO STIPULATED.**

Dated: October 4, 2011                MOORE LAW FIRM, PC

                                      By: /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorneys for Plaintiff Ronald Moore

Dated: October 4, 2011                FISHER & PHILLIPS LLP

                                      By: /s/ James Fessenden
                                            James Fessenden
                                            Attorneys for Defendants Vinod
                                            Nijhawan dba Handi Stop Market
                                            (erroneously sued as "Nijhawan Vinod
                                            dba Handi Stop Market")

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that Plaintiff file his First Amended Complaint within five (5) court days of the filing of this Order.

IT IS FURTHER ORDERED that Defendant shall file his responsive pleading to the First Amended Complaint within fourteen (14) calendar days of the court's electronic service of the First Amended Complaint.

IT IS SO ORDERED.

   Dated: **October 5, 2011**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

*Moore v. Nijhavan Vinod, et al.*
Stipulation and [Proposed] Order to File First Amended Complaint