1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile  (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>     vs.<br><br>NIJHAVAN VINOD dba HANDI STOP MARKET, DUSHAN S. BALICH as TRUSTEE OF THE DUSHAN S. BALICH LIVING TRUST,<br><br>            Defendants. | No. 1:11-CV-00726-AWI-GSA<br><br>**STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, on June 17, 2011, counsel for Defendant Vinod Nijhavan dba Handi Stop Market ("Defendant") filed an answer ("Answer") on behalf of all presently named defendants in this action including Defendant Dushan S. Balich as Trustee of the Dushan S. Balich Living Trust ("Balich");

**WHEREAS**, at the time the Answer was filed, Plaintiff Ronald Moore ("Plaintiff") had not yet effected service of the summons and complaint on Balich.  Once the Answer was filed on behalf of Balich, Balich had appeared and no service was necessary to effect the Court's personal jurisdiction over Balich and thus Plaintiff ceased his efforts to serve Balich;

//

//

*Moore v. Vinod, et al.*
Stipulation to Continue Mandatory Scheduling Conference; Order

Page 1

1   **WHEREAS**, on July 22, 2011, counsel for Defendant filed a Notice of Errata stating that it had inadvertently and incorrectly filed an Answer on behalf of Balich, and re-filing a new answer on behalf of Defendant only;

4   **WHEREAS**, Plaintiff served Balich on July 30, 2011;

5   **WHEREAS**, Plaintiff has subsequently learned that Balich is not a proper party to this action, and has filed a notice of voluntary dismissal of Balich and is also amending his complaint to allege the proper party (by stipulation with Defendant);

8   **WHEREAS**, the Mandatory Scheduling Conference is currently set for October 12, 2011 which will not provide Plaintiff with enough time to effect service on the new, proper defendant, or for the new defendant to appear;

11  **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their respective counsel, that the Mandatory Scheduling Conference in this matter be continued to a date after November 28, 2011 in order to allow time for filing his amended complaint, service on the new defendant, for the newly named defendant to appear in this matter, and for the parties to meet and confer.

Date: October 6, 2011                                MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore,
Attorneys for Plaintiff Ronald Moore

FISHER & PHILLIPS LLP

/s/ James C. Fessenden
James C. Fessenden,
Attorneys for Defendant Vinod Nijhavan
dba Handi Stop Market

///

///

///

*Moore v. Vinod, et al.*
Stipulation to Continue Mandatory Scheduling Conference; Order

Page 2

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for October 17, 2011 be continued to November 30, 2011, at 9:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin. The parties shall submit their Joint Scheduling Report one week prior to the conference.

IT IS SO ORDERED.

Dated:   **October 6, 2011**                              **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE

*Moore v. Vinod, et al.*
Stipulation to Continue Mandatory Scheduling Conference; Order