Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

Spencer C. Skeen, SBN 182216
James C. Fessenden, SBN 238663
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, CA 92121
Telephone (858) 597-9600
Facsimile  (858) 597-9601

Attorneys for Defendants
Vinod Nijhavan dba Handi Stop Market and
Pritpal Kaur

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>    vs.<br><br>VINOD NIJHAVAN dba HANDI STOP MARKET, PRITPAL KAUR,<br><br>           Defendants. | No. 1:11-CV-00726-AWI-GSA<br><br>**JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, Plaintiff Ronald Moore and Defendants Vinod Nijhavan dba Handi Stop Market and Pritpal Kaur ("Defendants") have reached a resolution in this case;

**WHEREAS**, previously-named defendant "DUSHAN S. BALICH as TRUSTEE OF THE DUSHAN S. BALICH LIVING TRUST" has been dismissed from this matter, and removed from the caption by amendment;

1 **WHEREAS**, all remaining parties have reached a global resolution of this case effective
2 as to all parties;

3 **WHEREAS**, in light of the parties' global resolution, the Mandatory Scheduling
4 Conference currently set for November 30, 2011 is unnecessary and will result in a
5 misallocation of judicial and attorney resources;

6 **IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and
7 through their respective counsel, that the Mandatory Scheduling Conference in this matter be
8 continued to a date after December 31, 2011 in order to allow the parties time to finalize
9 resolution of this case.

10 Date:  November 22, 2011             MOORE LAW FIRM, P.C.

11                                      s/Tanya E. Moore
                                        Tanya E. Moore,
12                                      Attorneys for Plaintiff Ronald Moore

13

14 Date:  November 23, 2011             FISHER & PHILLIPS, LLP

15                                      s/Spencer C. Skeen
                                        Spencer C. Skeen
16                                      James C. Fessenden,
17                                      Attorneys for Derfendants Vinod Nijahavan
                                        Dba Handi Stop Market and Pritpal Kaur
18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for November 30, 2011 be continued to January 4, 2012 at 10:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated: __November 23, 2011__        __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE