K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>VINOD NIJHAWAN dba HANDI STOP MARKET, et al.,<br><br>    Defendants. | No.  1:11-CV-00726-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Vinod Nijhawan dba Handi Stop Market and Pritpal Kaur, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 14, 2011                MOORE LAW FIRM, P.C.


                                       /s/Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff Ronald Moore

///

///

*Moore v. Vinod Nijhawan dba Handi Stop Market, et al.*
Stipulation for Dismissal; Order

Page 1

Date: December 14, 2011  FISHER & PHILLIPS, LLP

/s/ James Fessenden
James Fessenden, Attorneys for
Defendants Vinod Nijhawan and
Pritpal Kaur

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE

*Moore v. Vinod Nijhawan dba Handi Stop Market, et al.*
Stipulation for Dismissal; Order

Page 2