K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:11-CV-00726-AWI-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| VINOD NIJHAWAN dba HANDI STOP MARKET, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Vinod Nijhawan dba Handi Stop Market and Pritpal Kaur, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 14, 2011                    MOORE LAW FIRM, P.C.


                                           /s/Tanya E. Moore
                                           Tanya E. Moore
                                           Attorneys for Plaintiff Ronald Moore

///

///


*Moore v. Vinod Nijhawan dba Handi Stop Market, et al.*
Stipulation for Dismissal; Order

1   Date: December 14, 2011                        FISHER & PHILLIPS, LLP

2

3                                                  /s/ James Fessenden_____

4                                                  James Fessenden, Attorneys for
                                                   Defendants Vinod Nijhawan and
5                                                  Pritpal Kaur

6                                    **ORDER**

7

8           The parties having so stipulated,

9           IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10

11

12   IT IS SO ORDERED.

13   Dated:   December 14, 2011      _____

14                                  CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Moore v. Vinod Nijhawan dba Handi Stop Market, et al.*
Stipulation for Dismissal; Order